### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 13-cv-01760-REB-KMT

KIPLING SUN TOWNHOMES ASSOCIATION, INC.,

    Plaintiff,

v.

COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC.,
CERTAIN UNDERWRITERS AT LLOYD'S, SYNDICATE 1225 SUBSCRIBING TO POLICY NO. CUG101213-049,
GREAT LAKES REINSURANCE (UK) PLC,
SYNDICATE 510 SUBSCRIBING TO POLICY #GEP2812,
LANDMARK AMERICAN INSURANCE COMPANY, and
SYNDICATE 1225 SUBSCRIBING TO POLICY # PP1103191000,

    Defendants.

### ORDER OF DISMISSAL AS TO DEFENDANT, CERTAIN UNDERWRITERS AT LLOYD'S, SYNDICATE 1225, SUBSCRIBING TO POLICY NO. CUG20213-049, ONLY

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal of All Claims Against Defendant Certain Underwriters at Lloyd's, Syndicate 1225, Subscribing to Policy No. CUG101213-049** [#69][1] filed April 21, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Certain Underwriters at Lloyd's, Syndicate 1225, Subscribing to Policy No. CUG101213-049, should be dismissed with prejudice with

---

[1] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

each party to bear its own costs and attorney fees.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of All Claims Against Defendant Certain Underwriters at Lloyd's, Syndicate 1225, Subscribing to Policy No. CUG101213-049** [#69] filed April 21, 2014, is **APPROVED**;

2. That plaintiff's claims against defendant, Certain Underwriters at Lloyd's, Syndicate 1225, Subscribing to Policy No. CUG101213-049, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant, Certain Underwriters at Lloyd's, Syndicate 1225, Subscribing to Policy No. CUG101213-049, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 23, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge