# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-01760-REB-KMT

KIPLING SUN TOWNHOMES ASSOCIATION, INC.,

    Plaintiff,

v.

COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC.,
GREAT LAKES REINSURANCE (UK) PLC,
SYNDICATE 510 SUBSCRIBING TO POLICY #GEP2812,
LANDMARK AMERICAN INSURANCE COMPANY, and
SYNDICATE 1225 SUBSCRIBING TO POLICY # PP1103191000,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANTS,
## COMMERCIAL INDUSTRIAL BUILDING OWNERS, ALLIANCE, INC. dba CIBA
## INSURANCE SERVICES AND GREAT LAKE REINSURANCE (UK) PLC, ONLY

**Blackburn, J.**

The matter is before me on **Commercial Industrial Building Owners Alliance, Inc. dba CIBA Insurance Services, and Great Lake Reinsurance (UK) PLC's Stipulation For Dismissal With Prejudice** [#72][1] filed May 9, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiff's claims against defendants, Commercial Industrial Building Owners Alliance, Inc. dba CIBA Insurance Services, and Great Lake Reinsurance (UK) PLC, should be dismissed with prejudice, each party to bear its own costs and attorney fees.

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Commercial Industrial Building Owners Alliance, Inc. dba CIBA Insurance Services, and Great Lake Reinsurance (UK) PLC's Stipulation For Dismissal With Prejudice** [#72] filed May 9, 2014, is **APPROVED**;

2. That plaintiff's claims against defendants, Commercial Industrial Building Owners Alliance, Inc. dba CIBA Insurance Services, and Great Lake Reinsurance (UK) PLC, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendants, Commercial Industrial Building Owners Alliance, Inc. dba CIBA Insurance Services, and Great Lake Reinsurance (UK) PLC, are **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 12, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge