IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01760-REB-KMT

KIPLING SUN TOWNHOMES ASSOCIATION, INC.

      Plaintiff,

v.

SYNDICATE 510 SUBSCRIBING TO POLICY #GEP2812,
LANDMARK AMERICAN INSURANCE COMPANY, and
SYNDICATE 1225 SUBSCRIBING TO POLICY # PP1103191000,

      Defendants.

## ORDER

Pursuant to the agreement entered into by and between the remaining parties Plaintiff Kipling Sun Townhomes Association, Inc. and Defendants Syndicate 510 subscribing to Policy#GEP2812, Syndicate 1225 subscribing to Policy#PP1103191000 and Landmark American Insurance Company subscribing to Policy#LHD417123, the court entered an order to allowing the appointment of an umpire to assist the completion of the appraisal process for the property at issue in this dispute. [Doc. No. 76.] Thereafter the parties each submitted the names of three individuals who were willing to serve as the umpire in the case. [Doc. Nos. 80 and 81.] After reviewing and assessing each side's submissions, the parties were able to concur on the impartiality, subject matter expertise and knowledge of one of the potential candidates: Richard Meyers of JAMS Arbitration, Mediation and ADR Services.

The court has reviewed the qualifications of Mr. Meyers [See Doc. No.80 at 2 and Ex. C] and agrees that Mr. Meyers appears to be a competent and impartial umpire candidate.

It is therefore **ORDERED**

Richard Meyers, JAMS Arbitration, Mediation and ADR Services, is hereby appointed as umpire with respect to the insurance policy appraisal provision applicable to this case. The provisions of this court's Order of April 25, 2014 [Doc. No. 71] shall continue in full force and effect.

Dated this 16th day of June, 2014.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge