**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01760-REB-KMT

KIPLING SUN TOWNHOMES ASSOCIATION, INC.,

    Plaintiff,

v.

SYNDICATE 510 SUBSCRIBING TO POLICY # GEP2812;
LANDMARK AMERICAN INSURANCE COMPANY; and
SYNDICATE 1225 SUBSCRIBING TO POLICY # PP1103191000,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE AND
VACATING TRIAL DATE**

**Blackburn, J.**

This matter is before me on the **Order and Recommendation of United States Magistrate Judge** [#71] filed April 25, 2014.  Because no objection to the recommendation was filed, I review the recommendation only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).  Finding no error, much less plain error, in the recommendation of the magistrate judge, I find and conclude that the recommendation should be approved and adopted as an order of this court.

This case has been stayed pending completion of an appraisal process which will result in the resolution of all claims remaining in this case.  Given these circumstances, there is no need to conduct the combined Final Pretrial Conference and Trial Preparation Conference set October 17, 2014, and the trial set to commence November 3, 2014.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#71] filed April 25, 2014, is **APPROVED** and **ADOPTED** as an order of this court; and

2. That the combined Final Pretrial Conference and Trial Preparation Conference set October 17, 2014, and the trial set to commence November 3, 2014, are **VACATED** and **CONTINUED** pending further order.

Dated October 7, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge